**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-02465-LTB-MJW

MELISSA DUSENBERRY,

      Plaintiff,

v.

PETER KIEWIT SONS, INC., and
NORTHWEST PARKWAY CONSTRUCTORS,

      Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      Plaintiff's Unopposed Motion to Amend Pleadings and Join Party (Doc 19 - filed July 31, 2006) is **GRANTED**.  The tendered Amended Complaint is accepted for filing and Kiewit Western Co. is joined as a party defendant and Peter Kiewit Sons, Inc., is dismissed as a Defendant.

Dated:  August 1, 2006
_____