**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Case No. 05-cv-02465-LTB-MJW

MELISSA DUSENBERRY,

    Plaintiff,

v.

PETER KIEWIT SONS, INC. and
NORTHWEST PARKWAY CONSTRUCTORS,

    Defendants.

_____

ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 41 - filed October 12, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                          BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED: October 17, 2007